IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| RACHEL TURNER, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CONDUSTRIAL, INC. D/B/A MEDUSTRIAL HEALTHCARE AND STAFFING SERVICES, MEDUSTRIAL HEALTHCARE and MEDUSTRIAL HEALTHCARE REFERRAL SERVICES; CLAUDE ANTHONY DURHAM; THOMAS MAYNARD SEARS, JR.; and DOLORES LISSETTE COLLACHI F/K/A DOLORES LISSETTE SHOEMAKER, <br><br> Defendants. | Civil Action No. 3:17-cv-205-DCC |

**ORDER GRANTING JOINT MOTION
TO STAY THE DEADLINES IN THE SCHEDULING ORDER**

This matter comes before the Court on the Parties' Joint Motion to Stay the Deadlines in the Scheduling Order. ECF No. 69. The Parties consent to the entry of this Order. Therefore, by consent of the parties, and for good cause shown, the Court **GRANTS** the Parties' Joint Motion to Stay the Deadlines in the Fourth Amended Scheduling Order. The Parties are hereby **ORDERED** that the deadlines in the Scheduling Order are **STAYED** until this Court rules on Defendant's Motion to Quash, ECF Doc. No. 54, and Plaintiff's Motion to Compel Discovery, ECF Doc. No. 57. The Parties are ordered to submit a proposed Amended Scheduling Order for the Court's consideration after the discovery motions have been resolved.

**IT IS SO ORDERED.**

s/Donald C. Coggins, Jr.
Donald C. Coggins, Jr.
United States District Judge

February 12, 2018
Spartanburg, South Carolina