IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| RACHEL TURNER,<br>individually and on behalf of all other<br>similarly situated individuals,<br><br>           Plaintiff,<br><br>           v.<br><br>CONDUSTRIAL, INC. D/B/A<br>MEDUSTRIAL HEALTHCARE AND<br>STAFFING SERVICES, MEDUSTRIAL<br>HEALTHCARE and MEDUSTRIAL<br>HEALTHCARE REFERRAL SERVICES;<br>CLAUDE ANTHONY DURHAM;<br>THOMAS MAYNARD SEARS, JR.; and<br>DOLORES LISSETTE COLLACHI<br>F/K/A DOLORES LISSETTE<br>SHOEMAKER,<br><br>           Defendants. | Civil Action No. 3:17-cv-205-DCC |

**THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF FLSA COLLECTIVE ACTION FOR SETTLEMENT PURPOSES ONLY, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

Subject to Court approval, Plaintiff Rachel Turner ("Plaintiff Turner"), and Defendants Condustrial, Inc. d/b/a Medustrial Healthcare, Claude Anthony Durham, Thomas Maynard Sears, Jr., and Dolores Lissette Collachi f/k/a Dolores Lissette Shoemaker, (hereinafter "the Parties") have settled the claims alleged against Defendants. The proposed settlement resolves all claims made by Plaintiff and provides an opportunity for similarly situated persons to join the case and participate in the settlement. For the reasons set forth in the attached Memorandum of Law, the Parties jointly request that the Court: (1) preliminarily approve the Parties' Settlement Agreement

- 2 -

and Release ("Settlement Agreement"); (2) conditionally certify a proposed Fair Labor Standards Act ("FLSA") collective action under 29 U.S.C. § 216(b) for settlement purposes only; (3) appoint Plaintiff's Counsel as Class Counsel, for purposes of settlement only; (4) approve the Parties' proposed Notice of Settlement and Consent to Join Lawsuit and Claim Form (attached hereto as Exhibit B) for distribution to the potential class members; and (5) direct the mailing of the Notice and Claim Form by Plaintiff's Counsel to the Class Members by First Class U.S. Mail. A proposed order granting the Parties' joint motion is attached hereto as Exhibit C for the Court's consideration.

Respectfully and jointly submitted this 6th day of July, 2018.

| | |
|---|---|
| By: *s/ Janet Rhodes* | By: s/ *T. Chase Samples* |
| Nekki Shutt (Fed. ID No. 6530) | Andreas N. Satterfield, Jr. (Fed. ID 4812) |
| Janet Rhodes (Fed. ID No. 10521) | T. Chase Samples (Fed. ID 10824) |
| Jacqueline M. Pavlicek (Fed. ID No. 11890) | |
| | JACKSON LEWIS P.C. |
| BURNETTE SHUTT & MCDANIEL, PA | 15 South Main Street, Suite 700 |
| 912 Lady Street, Second Floor | Greenville, South Carolina 29601 |
| Columbia, SC 29201 | Telephone: (864) 232-7000 |
| Telephone: 803-904-7912 | Fax: 864-235-1381 |
| | |
| Email: nshutt@burnetteshutt.law | Email: andy.satterfield@jacksonlewis.com |
|          jrhodes@burnetteshutt.law |          chase.samples@jacksonlewis.com |
|          jpavlicek@burnetteshutt.law | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |