IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |
|---|---|
| RACHEL TURNER, individually and on behalf of all other similarly situated individuals,<br><br>          Plaintiff,<br><br>     v.<br><br>CONDUSTRIAL, INC. D/B/A MEDUSTRIAL HEALTHCARE AND STAFFING SERVICES, MEDUSTRIAL HEALTHCARE and MEDUSTRIAL HEALTHCARE REFERRAL SERVICES; CLAUDE ANTHONY DURHAM; THOMAS MAYNARD SEARS, JR.; and DOLORES LISSETTE COLLACHI F/K/A DOLORES LISSETTE SHOEMAKER,<br><br>          Defendants. | Civil Action No. 3:17-cv-205-DCC |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Rachel Turner, on behalf of herself and all other similarly situated individuals, and Condustrial, Inc., Claude Anthony Durham, Thomas Maynard Sears, Jr., and Dolores Lissette Collachi, Defendants in the above-referenced action file this Joint Motion for Final Approval of Settlement and Dismissal with Prejudice as follows:

1.  On July 17, 2018, the Court entered an order granting the Joint Motion For Preliminary Approval of Settlement, Conditional Certification of a FLSA Collective Action For Settlement Purposes Only, and Approval of Proposed Notice of Settlement. (ECF No. 88.) That Order granted preliminary approval to the proposed settlement of this action, which resolved all disputes between the parties regarding the merits of all Plaintiff's claims.

2. In accordance with Paragraph 9 of the Court's July 17 Order, the Parties now request that the Court enter an Order granting Final Approval to this settlement, in the form of the Proposed Order submitted herewith. The Parties further request that the Court dismiss this action on the merits and with prejudice and permanently bar Plaintiff and all opt-in Plaintiffs from prosecuting against Defendants and any of their present or former subsidiaries, divisions, parent companies, holding companies, stockholders, officers, directors, employees, agents, servants, representatives, attorneys, insurers, affiliates, successors and assigns, any individual or class claims that are released by the Settlement Agreement.

3. Following the entry of the Final Approval Order and the Final Judgment of Dismissal with Prejudice, the Parties will proceed to complete the settlement process as described in Paragraphs 29 through 32 of the Settlement Agreement.

WHEREFORE, the Parties respectfully request that the Court issue a final judgment dismissing these actions with prejudice.

Respectfully and jointly submitted this 22nd day of October, 2018.

| | |
|---|---|
| By: *s/ Janet Rhodes* | By: s/ *T. Chase Samples* |
| Nekki Shutt (Fed. ID No. 6530) | Andreas N. Satterfield, Jr. (Fed. ID 4812) |
| Janet Rhodes (Fed. ID No. 10521) | T. Chase Samples (Fed. ID 10824) |
| Jacqueline M. Pavlicek (Fed. ID No. 11890) | |
| | JACKSON LEWIS P.C. |
| BURNETTE SHUTT & MCDANIEL, PA | 15 South Main Street, Suite 700 |
| 912 Lady Street, Second Floor | Greenville, South Carolina 29601 |
| Columbia, SC  29201 | Telephone:  (864) 232-7000 |
| Telephone:  803-904-7912 | Fax:  864-235-1381 |
| | |
| Email:  nshutt@burnetteshutt.law | Email:   andy.satterfield@jacksonlewis.com |
|            jrhodes@burnetteshutt.law |             chase.samples@jacksonlewis.com |
|            jpavlicek@burnetteshutt.law | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |